IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLUMBERS AND STEAMFITTERS LOCAL   *
486 MEDICAL FUND, by its
Trustee, Bernard J. Vondersmith   *

       Plaintiff   *

vs.   *   CIVIL ACTION NO. MJG-03-219

RITA L. BOOKS, et al.   *

       Defendants   *

*   *   *   *   *   *   *   *   *

ORDER

In accordance with the proceedings held in this matter on this date:

    1.    Defendant Nathaniel Fick, Esquire shall remit to the Clerk of this Court, from his firm's escrow account, the sum of $57,395.60.

    2.    The Clerk shall hold said payment in an interest bearing federally insured account to be disbursed pursuant to further Order.

        a.    Plaintiff shall provide the Clerk with its tax identification number for use in identifying (albeit tentatively) the person entitled to interest on the account.

        b.    The use of said taxpayer identification number does not indicate any determination as to the respective claimants' rights in the account.

    3.    All claims are hereby dismissed against Defendants Nathaniel Fick, Esquire and the Fick and Petty Escrow Account subject to full compliance with paragraph 1 hereof.

    4.    Plaintiff shall file a Motion for Summary Judgment by April 1.[1]

    5.    Defendants shall respond and may file a cross motion for summary judgment by May 1.

    6.    Plaintiff may file a further paper addressing the summary judgment motion or motions by June 2.

    7.    If necessary, a hearing shall be set by further Order.

    8.    Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction is DENIED AS MOOT.

    9.    Plaintiff's Motion for Accelerated Discovery is DENIED.

SO ORDERED this _____ day of January, 2003.

_____
Marvin J. Garbis
United States District Judge

---

[1] All dates referred to herein are in the year 2003.