IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. MJG 03-219 |
| RITA L. BOOKS, et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS

Plaintiff, Plumbers and Steamfitters Local 486 Medical Fund, by and through its counsel, Kimberly L. Bradley, Corey Smith Bott and Abato, Rubenstein and Abato, P.A., and Defendants Rita L. Books, Roger Books and Nathaniel Fick, P.C., Client Trust Account (Amounts Held in Trust for Rita Books), by and through their counsel, Nathaniel Fick and Fick and Petty, P.C. together respectfully request this Honorable Court to extend the time by which the parties are required to file and respond to dispositive motions, and for their reasons therefor state:

1. This matter commenced with a filing of a Motion for Temporary Restraining Order and/or Preliminary Injunction;

2. A conference on the motion was held on January 29, 2003 in which the parties agreed to dismiss certain defendants;

3. Further, the amount of $57,395.60, the subject of the dispute, was ordered to be remitted to the Clerk of the United State's District Court for the District of Maryland (Northern Division);

4. Finally, the parties agreed to a standard scheduling order with Plaintiff filing a Motion for Summary Judgement 60 days subsequent to the conference;

5. In accordance with those proceedings, the Court issued an Order on January 29, 2003;

6. The Order of January 29, 2003 set forth a schedule requiring Plaintiff to file a Motion for Summary Judgment by April 1, 2003 with reply motions to be filed accordingly;

7. On February 26, 2003 Plaintiff filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a) and L.R. 103.6.c.;

8. On March 14, 2003 Defendant filed a Motion to Dismiss Amended Complaint as to Defendant Nathaniel Fick, P.C. Client Trust Account;

9. No responsive pleadings have been filed by the other two parties;

10. Plaintiff intends to file a reply to Defendant Nathaniel Fick, P.C, Client Trust Account's motion on or before March 31, 2003;

11. The parties believe a Motion for Summary Judgment would be improperly made prior to the filing of an Answer;

12. No party will be prejudiced by an extension of the dispositive motions deadline;

13. A trial date has not been set in the matter;

WHEREFORE Plaintiff Plumbers and Steamfitters Local 486 Medical Fund and Defendants Rita L. Books, Roger Books and Nathaniel Fick, P.C., Client Trust Account, jointly move for an extension of the deadline to file dispositive motions pursuant to the Order issued by the Court on January 29, 2003 from April 1, 2003 to 60 days after an Answer has been filed by Defendants.

Respectfully submitted,

_____
Nathaniel Fick
Bar No. 01822
Fick and Petty, P.C.
1425 East Joppa Road
Towson, Maryland 21286-5982
(410) 321-6000

Attorneys for Defendants

Dated: March 24, 2003

_____

_____
Kimberly L. Bradley
Bar No. 23653

_____
Corey Smith Bott
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2003.

_____
Marvin J. Garbis
United States District Judge

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___24th___ day of March, 2003 I caused the foregoing Joint Motion for Extension of Deadline to File Dispositive Motions to be electronically mailed, the equivalent of being mailed first class, postage prepaid to:

Nathaniel Fick, Esquire
Fick and Petty, P.C.
1426 East Joppa Road
Towson, Maryland 21286-5982

Attorneys for Defendants

_____
Corey Smith Bott