IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

PLUMBERS AND STEAMFITTERS     *
LOCAL 486 MEDICAL FUND,
                              *
    Plaintiff,
                              *      Civil Action No. MJG 03-219
v.
                              *
RITA L. BOOKS, et al.,
                              *
    Defendants.
                              *

*   *   *   *   *   *   *   *   *   *   *

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Upon consideration of Plumbers and Steamfitters Local 486 Medical Fund's Opposition to Defendant's Motion to Dismiss, it is this _____ day of _____, 2003;

ORDERED that Defendant's Motion to Dismiss be DENIED.

                                                                          _____
                                                                          Marvin J. Garbis
                                                                          United States District Judge