IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. MJG 03-219 |
| v. | * | |
| RITA L. BOOKS, et al., | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>NOTICE OF FILING OF LENGTHY EXHIBITS</u>**

Exhibit 3 and the Appendix of Cases Not Generally Reported, which are attachments to Plaintiff's Motion for Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB.  These exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.


Date:  June 23, 2003      _____/s/_____
Corey Smith Bott
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990 (telephone)
(410) 321-1419 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2003 a copy of Exhibit 3 and the Appendix of Cases Not Generally Reported, attachments to Plaintiff's Motion for Summary Judgment and a copy of this Notice of Filing of Lengthy Exhibits was mailed, first class postage prepaid to the following:

Nathaniel Fick, Esquire
Fick and Petty, P.C.
1426 East Joppa Road
Towson, Maryland 21286-5982

Attorney for Defendants

                                                /s/
                                      Corey Smith Bott