**APPENDIX OF CASES NOT GENERALLY REPORTED**

1. <u>Bauer v. Gylten</u>, 27 Empl. Ben. Cas. 2580, 2002 WL 664043 (D. N.D. 2002).

2. <u>In re Carpenter</u>, 28 Empl. Ben. Cas. 2043, 2002 WL 1162277 (4th Cir. 2002).