IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, * * Plaintiff, * v. * RITA L. BOOKS, * and * ROGER BOOKS, * and * NATHANIEL FICK, P.C. CLIENT TRUST ACCOUNT for the benefit of * Rita L. Books, * Defendants. * | Civil Action No. MJG 03-219 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

It appearing from the record in the above-entitled action that there is no genuine dispute as to any material facts and the Plaintiff is entitled to judgment as a matter of law; therefore, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED that judgment be and same is entered against Rita L. Books, and in favor of Plaintiff Plumbers and Steamfitters Local 486 Medical Fund in the principal sum of $57,395.60;

If further action by Plaintiff to enforce this judgment is necessary, Plaintiff may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs;

It is further, ORDERED AND ADJUDGED that judgment be and same is entered against Roger Books, and in favor of Plaintiff Plumbers and Steamfitters Local 486 Medical Fund in the principal sum of $57,395.60;

If further action by Plaintiff to enforce this judgment is necessary, Plaintiff may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs;

It is further, ORDERED AND ADJUDGED that judgment be and same is entered against Nathaniel Fick, P.C. Client Trust Account, and in favor of Plaintiff Plumbers and Steamfitters Local 486 Medical Fund in the principal sum of $57,395.60;

If further action by Plaintiff to enforce this judgment is necessary, Plaintiff may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

_____
Marvin J. Garbis
United States District Judge