IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND,<br><br>　　Plaintiff,<br><br>v.<br><br>RITA L. BOOKS, et al.,<br><br>　　Plaintiffs. | *<br>*<br>*　　Civil Action No. MJG 03-219<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIM OF ROGER AND RITA BOOKS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

　　Plaintiff, Plumbers & Steamfitters Local 486 Medical Fund, by its attorneys Kimberly L. Bradley, Corey Smith Bott, and Abato, Rubenstein and Abato, P.A., respectfully respectfully moves this Court, pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, to dismiss the Counterclaim in the above-captioned action for failure to state a claim upon which relief can be granted or, in the alternative, to enter judgment in its favor.  Plaintiff Medical Fund respectfully submits that the Memorandum and exhibits filed in support thereof demonstrate that the Medical Fund is entitled to judgment as a matter of law.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Kimberly L. Bradley
　　　　　　　　　　　　　　　　　　　　Bar No. 23653

_____/s/_____
Corey Smith Bott
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court   Suite 320
Baltimore, Maryland  21286-2230
(410) 321-0990

Attorneys for Plumbers & Steamfitters
Local 486 Medical Fund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2003 a copy of the foregoing Plaintiff's Motion to Dismiss, or in the Alternative, for Summary Judgment, together with a Memorandum of Points and Authorities and Exhibits attached thereto was sent electronically to the following:

> Nathaniel Fick, Esquire
> Fick and Petty, P.C.
> 1426 East Joppa Road
> Towson, Maryland 21286-5982

__/s/_____
Corey Smith Bott