IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, | * | |
| | * | |
| Plaintiff, | | |
| | * | Civil Action No. MJG 03-219 |
| v. | | |
| | * | |
| RITA L. BOOKS, et al., | | |
| | * | |
| Plaintiffs. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF RONALD WONTROP

STATE OF MARYLAND )
                               ) To wit
CITY OF BALTIMORE )

    Ronald Wontrop, being duly sworn, deposes and says:

    1.    I, Ronald Wontrop, am a member of the Mechanical Contractors Association of Maryland, Inc. ("MCA-MD") Board of Directors, which is the association of employers that represents all contributing employers to the Local 486 fringe benefit funds, and negotiates on behalf of those employers in collective bargaining with Local Union No. 486. The MCA-MD is located at 809 Gleneagles Court, Suite 102, Baltimore, MD 21286. I am not a party to the above-referenced court case, and MCA-MD is not a party to the above-referenced court case. I have personal knowledge of the facts and matters referred to herein, and am authorized to make this affidavit on behalf of MCA-MD.

    2.    I am over the age of 18 years.

3. MCA-MD is an employer association that acts as the bargaining agent for all of its member contractors who hire members of Local Union No. 486 to perform mechanical work covered by the collective bargaining agreement between the MCA-MD and Local Union No. 486.

4. The collective bargaining agreement requires all contributing employers to make employer contributions to the Plumbers & Steamfitters Local 486 Medical Fund, for each hour worked by its employees under the CBA. Employer contributions are paid on a monthly basis.

5. The collective bargaining agreement does not permit employers to deducting wages from employees' pay for contributions to the Plumbers & Steamfitters Local 486 Medical Fund. Instead, those contributions are paid from the employer's assets.

6. Contributing employers receive a tax deduction for contributions paid to the Plumbers & Steamfitters Local 486 Medical Fund, because those contributions are an employer expense, paid solely by the employer to the Medical Fund and other fringe benefit funds.

                                                                                        /s/*  
                                                                                        Ronald Wontrop  
                                                                                        MCA-MD

I HEREBY CERTIFY that on this 26<u>th</u> day of June, 2003, before the undersigned, a Notary Public of the State of Maryland, personally appeared Ronald Wontrop, who gave oath in due form of law that he has personal knowledge of and is competent to testify with regard to the facts recited in the within affidavit, and that the facts and matters recited herein are true and correct to the best of his knowledge, information and belief.

__/s/*_____<br>
Jewel Morosko, Notary Public

My Commission Expires:

<u>August 1, 2005</u>

\* Counsel hereby certifies that she has a signed copy of the foregoing document available for inspection at any time by the Court or a party to this action.