IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, | * |
| | * |
| Plaintiff, | * |
| | *    Civil Action No. MJG 03-219 |
| v. | * |
| RITA L. BOOKS, et al., | * |
| | * |
| Plaintiffs. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibit 3, which is an attachment to Plaintiff's Motion to Dismiss or in the alternative, Motion for Summary Judgment exists only in paper format and if scanned will be larger than 1.5 MB. That exhibit will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Date: June 26, 2003
                                              /s/
                                              Corey Smith Bott
                                              Bar No. 25673
                                              Abato, Rubenstein and Abato, P.A.
                                              809 Gleneagles Court, Suite 320
                                              Baltimore, Maryland 21286
                                              (410) 321-0990 (telephone)
                                              (410) 321-1419 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2003 a copy of Exhibit 3, attachment to Plaintiff's Motion for Summary Judgment and a copy of this Notice of Filing of Lengthy Exhibits was mailed, first class postage prepaid to the following:

Nathaniel Fick, Esquire
Fick and Petty, P.C.
1426 East Joppa Road
Towson, Maryland 21286-5982

Attorney for Defendants

_____/s/_____
Corey Smith Bott