IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND,  *<br><br>  Plaintiff,  *<br><br>v.  *<br><br>RITA L. BOOKS, et al.,  *<br><br>  Plaintiffs.  * | *<br><br>*<br><br>*     Civil Action No. MJG 03-219<br><br>*<br><br>*<br><br>* |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendants' Counterclaim, or in the Alternative, for Summary Judgment, and the accompanying Memorandum of Points and Authorities, and the memoranda submitted by the parties, it is this _____ day of _____, 2003 by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff's motion is GRANTED, and

FURTHER ORDERED, that the Counterclaim filed by Defendants Roger and Rita Books is DISMISSED, WITH PREJUDICE.

_____
Marvin J. Garbis
United States District Judge