IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, by its Trustee, Bernard J. Vondersmith<br><br>Plaintiff<br><br>v.<br><br>RITA L. BOOKS and ROGER BOOKS<br><br>and<br><br>NATHANIEL FICK, P.C. CLIENT TRUST ACCOUNT<br><br>Defendants<br><br>* * * * *<br><br>RITA L. BOOKS and ROGER BOOKS<br><br>Counter-Plaintiffs<br><br>v.<br><br>PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND<br><br>Counter-Defendants | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION NO. MJG 03-219<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * *

## STIPULATION OF DISMISSAL



In accordance with Federal Rules of Civil Procedure 12(b)6 and 41, the parties hereby stipulate to the dismissal with prejudice, of the Counterclaim filed on behalf of Rita L. Books and Roger Books against the Plumbers and Steamfitters Local 486 Medical Fund.

RESPECTFULLY SUBMITTED,

Date: 7/29/03

NATHANIEL FICK
Bar No. 01822
Fick & Petty
1426 East Joppa Road
Towson, Maryland 21286-5982
410-321-6000
Attorney for Defendant/Counter-Plaintiff

Date: July 29, 2003

COREY SMITH BOTT
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Towson, Maryland 21286
410-321-0990
Attorney for Counter-Defendant/Plaintiff

SO ORDERED, Wednesday, 30 July, 2003

/s/
Marvin J. Garbis
United States District Judge