

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**
**410-962-7700**

December 18, 2003

TO ALL COUNSEL OF RECORD

       Re: Plumbers & Steamfitters Local 486, etc.
          v. Rita L. Books, MJG-03-219

Dear Sir/Madam:

    This is to confirm the telephone conference held this date. Inasmuch as the Counterclaim was dismissed by stipulation in July, the only step remaining in this case would be the entry of a Judgment from which Defendants could appeal. However, it appears that all concerned may benefit from a deferral of the entry of judgment so that the parties can seek to resolve certain presently outstanding matters.

    Accordingly, counsel shall confer and shall provide me with a status report by January 20, 2004.

    Although informal, this letter constitutes an Order of this Court.

                                     Yours truly,

                                     /s/

                              Marvin J. Garbis
                       United States District Judge

cc: Clerk of Court