LAW OFFICES
# FICK & PETTY
*A Partnership of Professional Corporations*
1426 East Joppa Road
Towson, Maryland 21286-5982

**NATHANIEL FICK, P.C.**
Board Certified Civil Trial Specialist
National Board of Trial Advocacy

Jane S. Fick, LCSW-C, CASWCM
Carolyn M. Coté, Paralegal

Area Code 410
Telephone 321-6000
Facsimile 321-5707

February 25, 2004

The Honorable Marvin J. Garbis
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *Plumbers and Steamfitters Local 486 Medical Fund v. Rita L. Books, et al*
           Civil Action No. MJG 03-219
           In The United States District Court For The District Of Maryland

Dear Judge Garbis:

    This is a follow up to the status letter sent to you on January 16, 2004 by Ms. Kimberly Bradley. We wish to advise you that a meeting between counsel and all parties has been scheduled for March 3, 2004 at 1:30 p.m. At the conclusion of the meeting, we hope to be able to advise this Court that this matter is concluded.

    We will advise the Court, no later than March 5, 2004, as to the outcome of the meeting. Thank you for your assistance in this matter.

                                  Sincerely,

                                  Nathaniel Fick
                                  NFICK@NEUROLAW.COM

NF/cmc

cc: Kimberly L. Bradley, Esquire