March 16, 2004

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:   Plumbers & Steamfitters Local 486 Medical Fund v. Rita L. Books, et al.
      Civil Action No. MJG 03-219

Dear Judge Garbis:

In response to your Order, the parties met on March 3, 2004 to discuss the outstanding issues related to offset.  The parties believe that the meeting was very productive, and they agreed 1) that the Medical Fund would provide the Books with claims history reports in the Medical Fund's possession, 2) that the Fund and the Books would cooperate with the Books in their dealings with providers who may have been paid twice for certain services, and 3) the parties agreed to meet again in several weeks after the reports have been reviewed and contact with providers has been made.

Counsel for both parties believe that this matter is likely to be concluded after the documents have been reviewed.  Therefore, counsel anticipate that they will be able to report to the Court regarding the final resolution of this matter on or before Friday, April 16, 2004.  Thank you for your cooperation and assistance in resolving this matter.

Very truly yours,

/ S /

Kimberly L. Bradley

KLB/jkd

cc:   Nathaniel Fick