LAW OFFICES
## ABATO, RUBENSTEIN & ABATO, P.A.

| | | |
|---|---|---|
| H. Victoria Hedian<br>James T. Kimble<br>Kimberly L. Bradley<br>James R. Rosenberg<br>Paul D. Starr<br>Corey Smith Bott | 809 Gleneagles Court<br>Suite 320<br>Baltimore, Maryland 21286<br>(410) 321-0990<br>(410) 321-1419 fax | Cosimo C. Abato<br>(1930 - 1995)<br>Anthony A. Abato, Jr.<br>(Of Counsel)<br>Bernard W. Rubenstein<br>(Of Counsel) |

May 14, 2004

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:   Plumbers & Steamfitters Local 486 Medical Fund v. Rita L. Books, et al.
      Civil Action No. MJG 03-219

Dear Judge Garbis:

     This letter is to inform you that the parties have resolved all issues with respect to the above-captioned matter.  The parties have agreed that all funds on deposit with the Court, being $57,395.60, plus any interest accumulated thereon, may be released upon the Court's Order approving the release.  Defendants' counsel has agreed to this release, based upon the parties' agreement that Plaintiff fulfill certain promises, as follows:  1) provide Defendants with an itemized accounting of medical expenses paid by the Medical Fund, 2) assist Defendants in processing their outstanding claims or reimbursement disputes with providers, and 3) provide documents to Defendants showing the agreement between the Medical Fund and Carefirst providers with whom Defendants may have a dispute over reimbursements.

     Plaintiff has cooperated with Defendants to provide assistance in the areas requested, and has provided the network access agreements and other documents requested.  Therefore, counsel is pleased to report that this matter may be concluded.  If there is additional information that the parties can provide to the Court to attain final resolution, we will be happy to do so.  Thank you for your cooperation and assistance in resolving this matter.

Very truly yours,

/ S /

Kimberly L. Bradley

KLB/jkd

cc:   Nathaniel Fick