IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. MJG 03-219 |
| v. | * | |
| RITA L. BOOKS, et al., | * | |
| | * | |
| Plaintiffs. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED ORDER OF DISMISSAL AND**
**<u>ORDER THAT AMOUNTS HELD IN ESCROW BE RELEASED TO PLAINTIFF</u>**

Upon consideration of Plaintiff's Motion to Alter or Amend the Order of Dismissal Due to Settlement dated May 17, 2004, and the arguments stated therein, it is this _____ day of May, 2004, by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff's Motion is GRANTED; and

FURTHER ORDERED, that the Order of Dismissal dated May 17, 2004, is hereby amended to clarify that the Dismissal applies only to Defendants' Counterclaim; and

FURTHER ORDERED, that the Summary Judgment dated December 1, 2003 is hereby made final by this Order; and

FURTHER ORDERED, that within 5 days of the date of this Order, the amounts deposited with the Clerk of this Court, that being $57,395.60, plus interest accumulated thereon, shall be paid to Plaintiff Plumbers & Steamfitters Local 486 Medical Fund.

_____
Marvin J. Garbis
United States District Judge