# IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

PLUMBERS AND STEAMFITTERS    *
LOCAL 486 MEDICAL FUND,
by its Trustee,    *
Bernard J. Vondersmith

   *

       Plaintiff

   *

v.    *   CIVIL ACTION NO. MJG 03-219

RITA L. BOOKS    *
and
ROGER BOOKS    *

and    *

NATHANIEL FICK, P.C.    *
CLIENT TRUST ACCOUNT

   *

       Defendants

   *

   *    *    *    *    *

   *

RITA L. BOOKS
and    *
ROGER BOOKS

   *

       Counter-Plaintiffs

   *

v.    *

PLUMBERS AND STEAMFITTERS    *
LOCAL 486 MEDICAL FUND

   *

       Counter-Defendants

   *    *    *    *    *    *    *    *    *    *

## CONSENT TO AMENDMENT OF
## ORDER OF DISMISSAL AND RELEASE OF FUNDS

*PLUMBERS AND STEAMFITTERS LOCAL 486*
*MEDICAL FUND V. BOOKS, ET AL*    CASE NO. MLG 03-219
CONSENT TO AMENDMENT OF ORDER OF DISMISSAL AND RELEASE OF FUNDS

PAGE 1 OF 2

Defendant, Rita L. Books, et al, consents to amendment of the Order of Dismissal and to release of the amounts deposited with the Clerk of this Court, being $57,395.60, plus interest accumulated thereon, to Plaintiff, Plumbers and Steamfitters Local 486 Medical Fund.

RESPECTFULLY SUBMITTED,

Date: 5/19/04

NATHANIEL FICK
Bar No. 01822
Fick & Petty
1426 East Joppa Road
Towson, Maryland 21286-5982
410-321-6000
Attorney for Defendant/Counter-Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____19th_____ of ___May_____, 2004, I mailed, postage prepaid, a copy of Consent to Amendment of Order of Dismissal and Release of Funds, to:

COREY SMITH BOTT, Esquire
KIMBERLY L. BRADLEY, Esquire
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
Attorney for Plaintiff

NATHANIEL FICK