IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 MEDICAL FUND, by its Trustee, Bernard J. Vondersmith<br><br>    Plaintiff<br><br>v.<br><br>RITA L. BOOKS<br>and<br>ROGER BOOKS<br><br>and<br><br>NATHANIEL FICK, P.C.<br>CLIENT TRUST ACCOUNT<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION NO. MJG 03-219<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \*

| | |
|---|---|
| RITA L. BOOKS<br>and<br>ROGER BOOKS<br><br>    Counter-Plaintiffs<br><br>v.<br><br>PLUMBERS AND STEAMFITTERS<br>LOCAL 486 MEDICAL FUND<br><br>    Counter-Defendants | *<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \*

## CONSENT TO AMENDMENT OF
## ORDER OF DISMISSAL AND RELEASE OF FUNDS

---



Defendant, Rita L. Books, et al, consents to amendment of the Order of Dismissal and to release of the amounts deposited with the Clerk of this Court, being $57,395.60, plus interest accumulated thereon, to Plaintiff, Plumbers and Steamfitters Local 486 Medical Fund.

RESPECTFULLY SUBMITTED,

Date: 5/19/04

NATHANIEL FICK
Bar No. 01822
Fick & Petty
1426 East Joppa Road
Towson, Maryland 21286-5982
410-321-6000
Attorney for Defendant/Counter-Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th of May, 2004, I mailed, postage prepaid, a copy of Consent to Amendment of Order of Dismissal and Release of Funds, to:

COREY SMITH BOTT, Esquire
KIMBERLY L. BRADLEY, Esquire
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
Attorney for Plaintiff

SO ORDERED, on Thursday, May 27, 2004

/s/
Marvin J. Garbis
United States District Judge

NATHANIEL FICK